FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) William John Welfel    23-08-230
(Name of Plaintiff)        (Inmate Number)
Luzerne County Correctional Facility
99 Water St, Wilkes-Barre, PA. 18762
(Address)

(2) _____
(Name of Plaintiff)        (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Luzerne County (Wilkes Barre) Drug task force et.al.
(2) Pennsylvania State Police vice squad et.al.
(3) Officer Cowboy (Wilkes Barre Police Dept)
(Names of Defendants)
Luzerne County District Attorney(s)
(Each named party must be numbered,    Et. Al
and all names must be printed or typed).

1941/2020
(Case Number)

CIVIL COMPLAINT

VS

Atty Gerard Mecadon
Atty Janan Tallo
Atty Alliso Kiechmarchsik
Atty John Pike
Judge David Lupas

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.    PREVIOUS LAWSUITS

If you have filed any other lawsuits in federal court while a prisoner, please list the caption and ca_
number including year, as well as the name of the judicial officer to whom it was assigned:

United States District Court
William J. Welfel, Plaintiff                     Case #
                                                 3-14-CV-00907
VS
Robert Lawton, etal Defendants          Filed
Judicial officer                        January, 12th
Martin C. Carlson
United States
Magistrate Judge                        2015

FILED
SCRANTON
NOV 28 2023
PER ___ DEPUTY CLERK

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your presen claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? I Followed the Chain of Command up to and including writing to the Director of Prisons.

2. What was the result? I was as of Date of Filing not recieved an answer to my Grievance

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Drug Task Force Luzerne County Et. Al
Employed as Public servent at Wilkes Barre Area
Mailing address: _____

(2) Name of second defendant: Pennsyluonia State Police uice Squad Et. A
Employed as Publis servont at Luzerne County
Mailing address: _____

(3) Name of third defendant: Luzerne County District Atty Et Al)
Employed as Attorneys of Luzerne at Luzerne County
Mailing address: _____

*(margin note:* The remainer of Defendents on Pages ① and ② Extra Pages To statement of Claim *)*

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On Aug. 23rd 2020 @ Approx 0900 hrs while Walking with An Aquantance in Wilkes-barre Down A small grass embankment off Kidder St. in said Boraugh Adjacent to Auto Zone And McDonalds I heard Someone yell get on the ground And I was Immediately tackled by members of the Wilkes Barre Drug task force AnD Pennsylvania State

Police, (whom I found out Later) the person I had been walking with ran, but was stopped by an undercover and patted Down and Let go. I was arrested and charged with multiple Drug Possesion Counts and Lodged in Luzerne County Correctional Facility w/ $75,000 Straight Bail. The Police Dept. and District Attorney's office used A Confidential informant and in Discovery blatantly Lied about circumstance which led to this investigation. Throughout the Judicial Process of this I was denied my Right to a Fair and unbiased proceeding AND my Counsel used idle threats against me that I would face 10 years the sentence if I didn't accept the Plea Agreement

*Sorry so Sloppy! (The Pens supplied in County are horrible)*

*CONTINUED on Back*

## V.   RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Exhonerate me of Charges to which I have been Accused

2. Bring to Justice All whom are Found to have been negligent in their Duties to uphold the Law Fair and Just with Punishment Commensurate with Crime.

3. Compensation At Current rate as Allocated by LAW for Denial of my Due Process of the Law, Denial of Effective Council, Malicious Prosecution, Civil Rights violations and other violations of the Laws of the Commonwealth of Pennsylvania.

So I reluctantly accepted the plea agreement which is on record But when it came time for sentencing the Judge said (verbatim he isn't putting up with any Bullshit and remanded me even though my Plea Agreement with D.A.S office was 9 mos. House Arrest And 18 mos. parole, I immediatly told my Atty John Pike to Appeal everything but he only Appealed the plea Agreement which was Denied And here I sit in Luzerne County Correction facility. My Criminal Background had No felonies, No Drug Sales/use Just misdemeanor offenses.

The person whom I was walking with And made the Actual Drug Deal and was in possesion of methamphetamine that I was acsused of having was left to walk away. No methamphetamine was found in My possesion as police Affidavit states. It was only After being Patted Down And being escorted to transport vehicle that the officer spotted On the ground Adjacent to Confidential informants Vehicle A baggie with suspected methamphetamine to which At that point said oh heres your Drugs to which I vehimently Denied. I believe that when all of the evidence is produced the facts behind this miscarriage of Justice will Prevail in bringing to light the Abuse of powers granted to those whom we rely on Daily to protect and serve and Also how those whom Are sopposed to be unbiased During the Judicial process Do indeed need to be held Accountable for their negligence/Disregard for ones God given right of innocence before guilt. whether that....



① Continuation of Statements
of Claims.

I Do Appologize for Any unclarity
within my explaination but will be Able
to better Clarify when I Am Able
to get my Discovery Etc. which I Am being
Denied At the moment.

Defendants, Dates and Times as best Remember

Aug. 23ᴿᴰ 2020

① wilkes Barre Police & Drug task
Force Et. Al

② Pennsylvania State Police Vice
Squad

③ Confidential Informant (name Unknown)

④ James Hughes (Aquaintence that was
Actual Drug Dealer)

⑤ Officer ~~Dailey Roberts~~'s name
On Police Affidavit) I currently
Dont have

⑥ Atty Mecadon (1ˢᵀ ATTy whom recused self
for conflict of interest)

⑦ Atty Janan Tallo (2ᴺᴰ ,, ,, ,, ,, ,,

⑧ Atty Allison Kachmarksic (3ᴿᴰ ,, ,, ,, ,, for

⑨ Atty John Pike - Actual Attorney that
I believe was ineffective and bias



(A) Honorable Judge DAVID LUPAS - whom I believe Allowed A great CARRiage of misJustice to Continue even though the burden of proof was not there. Also During Plea Agreemt Sentencing phase, Changed the plea agreement And ordered me to be remanded without provocation or waRning which to this point has cost me ~~~~~ hardship and continues to worsen each minute of my Imprisonment under Mitigating Circumstances Et-Al

(B) Luzerne County District Attorney And All previous Employees Assigned to Court proceeding for notAbiding by the Letter of the LAW while Maliciously Prosecuting me.

(11) Luzerne County Correctional Facility from 08-23-23 through 10-21-23 for failure to Allow me into work release causing me to lose Employment and my Residence withall my Belongings

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21ST__ day of __October__ , 20__23__.

_(Signature of Plaintiff)_

4

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: *X William John Weifel Jr.*

Signature: *X w/ J Welfel Jr.*

Name: *X William John Weifel Jr.*

Attorney No. (if applicable): _____



**LUZERNE COUNTY**
*SHERIFF'S DEPARTMENT*
Brian M. Szumski, Sheriff

**LUZERNE COUNTY**
*COUNTY MANAGER*
C. DAVID PEDRI, ESQUIRE

# COUNTY of LUZERNE
PENNSYLVANIA
ESTABLISHED 1786

## Service Request Form

A service request form is required to be completed for each defendant at each address that service is requested.

Case No: | 1941/2020 |

Case filed in:    ☑ Luzerne County Court

☐ Philadelphia County Court

☐ Pennsylvania Court other than Luzerne or Philadelphia Counties

☐ Court outside of Pennsylvania

**Plaintiff:**

| Welfel | | William |
Last / Company Name      First Name

| John | | JR. |
Middle Name              Suffix

**Defendant to be served:**

| Sanguedolce | | Samuel |            Et. B1
Last / Company Name      First Name

| M | |
Middle Name              Suffix

**Address that service is requested:**

| Luzerne County District Attorneys Office |
Address    County Courthouse

| Wilkes Barre | | Luzerne | | PA. | | 18711 |
City             County       State      Zip Code

**Requestor's Contact – Name, Direct Phone Number and/or email address (In case of problems with file)**

| Currently Incarcerated in LCCF. |

Luzerne County Courthouse • 200 North River St. • Wilkes-Barre, PA, 18711
Voice 570.825.1651          Fax 570.825.1849          tdd 570.825.1860

# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

_____ County

For Prothonotary Use Only:

Docket No:

TIME STAMP

_The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court._

**Commencement of Action:**
- ☑ Complaint
- ☐ Writ of Summons
- ☐ Petition
- ☐ Notice of Appeal
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| X William John Weifel JR | Samuel M Sanguidoke Et. Al. Lozerne County District Attorne |

☑ Check here if you are a Self-Represented (Pro Se) Litigant

Name of Plaintiff/Appellant's Attorney: William John Welfel JR

| Are money damages requested? : ☑ Yes ☐ No | Dollar Amount Requested: (Check one) | ✓ within arbitration limits |
|---|---|---|
| | | _____ outside arbitration limits |

Is this a **Class Action Suit?**  ☐ Yes  ☑ No

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** _(do not include Mass Tort)_
- ☐ Intentional
- ☑ Malicious Prosecution ✳
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability _(does not include mass tort)_
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** _(do not include Judgments)_
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
- _____
- _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- _____
- _____
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Zoning Board
- ☐ Statutory Appeal: Other
- _____
- _____

Judicial Appeals
- ☐ MDJ - Landlord/Tenant
- ☐ MDJ - Money Judgment
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

Pa.R.C.P. 205.5

2/2010



William J. Welfel Jr
99 Water St Mo-B-59
Luzerne County Correctional Facility
Wilkes Barre PA 18702

11-15-23

U.S. District Court
Middle District of PA.
235 North Washington Ave.
Scranton PA. 18503

RECEIVED
SCRANTON
NOV 28 2023
PER_____DJ_____
DEPUTY CLERK

This correspondence is from a
correctional facility
inmate. Neither the
contents nor the
ability to
convey it...

Case 3:23-cv-01958-JKM   Document 1   Filed 11/28/23   Page 11 of 11